PUGH v. THE KANSAS CITY, ST. JOSEPH & COUNCIL. BLUFFS RAILROAD COMPANY, *Appellant.*

Division Two, December 7, 1893.

The doctrine announced in the case of *Ross v. Railroad,* 111 Mo. 18,. reaffirmed.

*Appeal from Buchanan Circuit Court.*—HON. HENRY M.. RAMEY, Judge.

REVERSED.

*Spencer & Mosman* for appellant.

*James W. Boyd* and *Ben. Phillip* for respondent.

BURGESS, J.—The plaintiff brought this suit to recover the statutory penalty of three times the amount of alleged overcharges paid by him to defendant for hauling several hundred car loads of wood from different points to the city of St. Joseph.

The case is in every essential particular a parallel case to that of *Ross v. Railroad,* 111 Mo. 18, and, for the reasons expressed by this court in that case, the judgment in this case is reversed. All concur.